UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHIRLEY MCGUIRE, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:22-cv-02224-MJD-TWP |
| KILOLO KIJAKAZI, | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT**

The Court having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the decision of the Commissioner is **REVERSED**, and this case is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Entry.

SO ORDERED.

Dated: 1 DEC 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

CLERK OF COURT, Roger A.G. Sharpe
BY: _____
Deputy Clerk

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.